IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 20-00211-01-CR-W-HFS |
| JESUS CASTILLO-GARCIA, | |
| Defendant. | |

**O R D E R**

Upon motion of the United States of America (Doc. 26), good cause having been shown for the granting of such motion, it is hereby

ORDERED, this 2nd day of April , 2021, that the original Indictment in this matter, filed on August 27, 2020, is hereby DISMISSED as to the above-named defendant. The Superseding Indictment filed in this matter on September 9, 2020 in *United States v. Alva-Joya, et al.*, Case No. 20-00155-01/08-CR-W-RK, and any dispositions filed or reached under the Superseding Indictment, shall not be affected by this Order.

| | |
|---|---|
| April 2, 2021 | s/ Howard F. Sachs |
| DATE | HONOROABLE HOWARD F. SACHS |
| | United States District Judge |
| | Western District of Missouri |